**RECEIVED**

AUG 2 6 2010

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENNIFER AND TYSON BILLINGSLEY,
individuals, SUSAN KOEPPBAKER, an individual,
on behalf of themselves and others similarly situated,

Plaintiff,

v.

J.P. MORGAN CHASE, N.A., a New
York corporation, WASHINGTON MUTUAL BANK,
a former Washington corporation,
and DOES, 1-10, Defendant.

_____/

CASE NO.   5:10-cv-02516

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Tiffany L. Sorge Smith                                    , whose business address and telephone number is

Burke, Warren, MacKay & Serritella, P.C., 330 N. Wabash Avenue, 22nd Floor, Chicago, Illinois, 60611-3607,
312-840-7000 (Telephone), 312-840-7900 (Facsimile)

and who is an active member in good standing of the bar of the Supreme Court of the State of Illinois

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Defendant JPMorgan Chase Bank, N.A.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:   8/27/10

_____
United States District      Judge
Hon. Jeremy Fogel

United States District Court
For the Northern District of California