**E-Filed 10/27/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER AND TYSON BILLINGSLEY, individuals, SUSAN KOEPPBAKER, an individual, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J.P. MORGAN CHASE, N.A., a New York corporation, WASHINGTON MUTUAL BANK, a former Washington corporation,<br><br>and DOES, 1-10<br><br>Defendants. | Case No. 5:10-cv-02516<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER RE: STIPULATION TO EXTEND JPMORGAN CHASE BANK, N.A.'S DEADLINE TO RESPOND TO THE COMPLAINT AND TO RESET THE PARTIES' CASE MANAGEMENT CONFERENCE**<br><br>Courtroom 3, 5th Floor<br>Judge: Hon. Jeremy Fogel<br><br>Amended Complaint Filed:    July 13, 2010 |

Based on the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED, the Court will allow Defendant JPMorgan Chase Bank, N.A. up to and including December 21, 2010 to respond to Plaintiffs' Complaint, and the Court will reset the Case Management Conference for ~~December 28, 2010~~ January 7, 2011 at 10:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Oct. 27, 2010

_____
Honorable Jeremy Fogel
United States District Judge

---

5:10-cv-02516-JF                                                        [PROPOSED] ORDER RE: STIPULATION