JESSICA E. RAUFF, ESQ.  (SBN:262264)
The Law Office of Jessica E. Rauff
1045 S. 12th Street
San Jose, CA  95112
T: (408) 466-7436
F: (408) 668-0977
JRauff@gmail.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER AND TYSON BILLINGSLEY, individuals, SUSAN KOEPPBAKER, an individual, on behalf of themselves and others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>J.P. MORGAN CHASE, N. A., a New York corporation,  WASHINGTON MUTUAL BANK, a former Washington corporation,<br><br>and DOES, 1-10<br><br>Defendants | Date: December 17, 2010<br><br>Case No. 5:10 CV 02516 JF<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

///

///

*Billingsley, et. al, v. J.P. Morgan Chase, N.A., et al.*  **1**                                    Notice of Dismissal

TO ALL PARTIES AND COUNSEL OF RECORD:

    COMES NOW, Plaintiffs, through undersigned counsel, in light of the good-faith efforts on behalf of Defendants to adjudicate all claims outside of court, and in accordance to Fed. R. Civ. P. 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action against all Defendants without prejudice.

Dated: December 17, 2010        /s/ Jessica Rauff
                                        Jessica E. Rauff
                                        Attorney for Jennifer and Tyson Billingsley
                                        Susan Koeppbaker
                                        and a class of others similarly situated

**ORDER**

IT IS SO ORDERED

DATED: __1/4/11_____

_____
The Hon. Jeremy Fogel
United States District Court

**Certificate of Service**

I am employed in the County of Santa Clara, State of California. I am over the age of 18. My business address is 1045 S. 12th Street, San Jose, California, 95112.

On **December 17, 2010**, I served the following documents as follows:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

To:
GEORGE G. WEICKHARDT (SBN 58586)
ROPERS, MAJESKI, KOHN & BENTLEY PC
201 Spear Street, Suite 1000
San Francisco, California 91405
Telephone: 415-972-6370
Facsimile: 415-972-6301
Email: gweickhardt@rmkb.com

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
LEANN PEDERSEN POPE
lpope@burkelaw.com
VICTORIA R. COLLADO
vcollado@burkelaw.com
TIFFANY L. SORGE SMITH
tsorgesmith@burkelaw.com
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone: 312-840-7000
Facsimile: 312-840-7900

Attorneys for Defendant JPMORGAN CHASE BANK, N.A.

**BY** (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under the penalty of perjury that I am a member of the bar of this court and the foregoing is true and correct.

**Date: December 17, 2010**                /s/ Jessica E. Rauff